DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
POU VATTHONGXAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-mj-318-GGH |
| Plaintiff, | **MOTION FOR RELEASE OF PASSPORT; ORDER** |
| v. | |
| POU VATTHONGXAY, | (No hearing requested) |
| Defendant. | Judge: Gregory G. Hollows |

On September 15, 2008, Ms. Vatthongxay surrendered her passport to the Clerk of Court as a condition of her release on bond. On January 22, 2009, the defendant pled guilty. She was sentenced on June 3, 2009 to one year of probation.

Because Ms. Vatthongxay is no longer on pretrial release, she asks that her passport be returned to her. Assistant United States Attorney Michelle Rodriguez, who handled the case before this Court at Ms. Vatthongxay's initial detention hearing, has no objection to this request.

A proposed order follows for the Court's convenience.

1  Dated: May 13, 2010

2                                                            Respectfully submitted,

3                                                            DANIEL J. BRODERICK
                                                             Federal Defender
4

5                                                            /s/ Lauren Cusick

6                                                            _____
                                                             LAUREN CUSICK
                                                             Assistant Federal Defender
7                                                            Attorney for POU VATTHONGXAY

8

9                                            **O R D E R**

10      The Clerk of the Court is ordered to release Ms. Vatthongxay's passport to her.

11

12  Dated: May 21, 2010                         /s/ Gregory G. Hollows
                                                _____
13                                              UNITED STATES MAGISTRATE JUDGE

14
    vatthongxay.ord
15